**Order issued January 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-12-01603-CR
_____

### NAKIA LASHUAN FRANKLIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices O'Neill, Myers, and Brown

Based on the Court's opinion of this date, we **GRANT** the October 11, 2013 motion of Angela D'Amore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Angela D'Amore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Nakia Lashuan Franklin, 8336 Bunche Street, Dallas, Texas, 75243.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE